IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN,<br><br>Plaintiff,<br><br>v.<br><br>BLUES HOG LLC,<br><br>Defendant. | Case No. 21-cv-706 JPG |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: November 5, 2021**          **MARGARET M. ROBERTIE, Clerk of Court**

                              **s/ Tina Gray, Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**